## FLEMING v. THOMPSON, *Treasurer.*

No. 4318. Opinion Filed May 18, 1915.

(149 Pac. 123.)

**FAILURE TO FILE BRIEF.** Syllabus the same as in No. 4314, **W. H. S. Brown v. J. P. Thompson, Treasurer, ante.**

*Error from District Court, Cherokee County;*
*John H. Pitchford, Judge.*

Action between E. H. Fleming and J. P. Thompson, Treasurer. From the judgment, Fleming brings error. Dismissed.

*J. I. Coursey,* for plaintiff in error.

*Houston B. Teehee,* for defendant in error.

DEVEREUX, C. This case presents the same facts as in No. 4314, *ante,* 149 Pac. 122, just decided. We therefore recommend that this appeal be dismissed.

By the Court: It is so ordered.